UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KERRI-ANNE MCGREGOR<br><br>            Plaintiff(s)<br><br>v.<br><br>3 GEN, LLC D/B/A PRESTIGE VW OF STAMFORD, ET AL.<br><br>            Defendant(s) | CIVIL ACTION NO. FST CV21-6051785S<br><br><br><br>JUNE 28, 2021 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

　　　Defendants, 3 Gen, LLC d/b/a Prestige VW of Stamford and Phillip Demersky, by its undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, hereby remove this action from the Superior Court of the Judicial District of Norwalk at Stamford in the State of Connecticut, where it is now pending, to the United States District Court of the District of Connecticut.  In support of its petition for removal, Defendant states as follows:

　　　1.　　An action was made returnable on June 15, 2021, to the Superior Court for the Judicial District of Norwalk at Stamford, entitled "*KERRI-ANNE MCGREGOR v. 3 GEN, LLC D/B/A PRESTIGE VW OF STAMFORD, ET AL.*," by service on  June 11, 2021, of a Summons and Complaint (of which true and correct copies are attached hereto as Exhibit A) by in-hand with 3 Gen, LLC d/b/a Prestige VW of Stamford and Phillip Demersky, 42 West Broad Street, Stamford, Connecticut.  No further proceedings have been held herein.

　　　2.　　The action pending in the state court is a civil action alleging sex discrimination and retaliation over which this Court has subject-matter jurisdiction because the alleged action

1

raises a Federal question of law. The plaintiff alleges that Defendant violated rights under Title VII of the Civil Rights Act of 1964 and the Connecticut Fair Employment Practices Act. Defendants, 3 Gen, LLC d/b/a Prestige VW of Stamford and Phillip Demersky first received a copy of a Summons and Complaint made returnable on June 15, 2021, by in-hand with 3 Gen LLC d/b/a Prestige VW of Stamford and Phillip Demersky, 42 West Broad Street, Stamford, Connecticut.

3. This Notice of Removal is being filed within 30 days after the Defendants first received the Plaintiff's Summons, Complaint, and Statement of Amount in Demand and, therefore, is timely filed under 28 U.S.C. §1446(b).

4. Defendants, 3 Gen, LLC d/b/a Prestige VW of Stamford and Phillip Demersky, will give written notice of the filing of this Notice of Removal and will provide a copy of this Notice of Removal to the Clerk of the Stamford Superior Court, as required by 28 U.S.C. §1446(b).

        DEFENDANTS
        3 GEN, LLC D/B/A PRESTIGE VW OF
        STAMFORD AND PHILLIP DEMERSKY

BY /s/ Michelle Gramlich
        Michelle Gramlich ct28160
        MUSCO & IASSOGNA
        555 Long Wharf Drive, 10th Floor
        New Haven, Connecticut 06511
        Tel: (203) 782-4122
        Fax: (203) 782-4128
        E-Mail: michelle.gramlich@m-ilaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically on the 28th day of June, 2021.  Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

 

*/s/ Michelle Gramlich*

_____

               Michelle Gramlich