JUL 6 2021 AM 11:45
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X   Case No.: 21-cv-00888 -VAB

KERRI-ANNE MCGREGOR,

                        Plaintiff,

         -against-    **VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41**

3 GEN, LLC d/b/a PRESTIGE VM of STAMFORD and
PHILLIP DEMERSKY, *Individually*,

                        Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** pursuant to F.R.C.P. 41 (a)(1)(A)(i) this action is hereby discontinued as against 3 GEN, LLC d/b/a PRESTIGE VM of STAMFORD and PHILLIP DEMERSKY, *Individually*, without prejudice.

Dated: Stamford, Connecticut
       July 2, 2021

By: _____
KERRI-ANNE MCREGROR